```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 11837
   JOSEPH A NOWAK
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK
       Debtor
   SSN XXX-XX-0545


---------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/09/08 .

   2.  The case was dismissed without confirmation, 09/12/2008.

   3.  The Debtor paid a total of $   1350.00 .

   4.  The Trustee made disbursements to creditors as follows:

---------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                             PAID           PAID
---------------------------------------------------------------------------
GMAC PAYMENT CENTER     SECURED VEHIC          .00             .00         1271.70
CAPITAL ONE AUTO FINANCE UNSECURED       NOT FILED             .00             .00
GE CORPORATE PAYMENT SER UNSECURED       NOT FILED             .00             .00
WELLS FARGO HOME MORT    UNSECURED       NOT FILED             .00             .00
          Summary of disbursements:
---------------------------------------------------------------------------
                  SECURED      PRIORITY   UNSECURED         OTHER          TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00         .00         .00           .00            .00
PRINCIPAL PAID      1271.70         .00         .00           .00        1271.70
INTEREST PAID           .00         .00         .00           .00            .00
TOTAL PAID          1271.70         .00         .00           .00        1271.70
The Debtor's attorney, SHERRY L HOWARD           , was allowed $        .00
and was paid $       .00 .

The Trustee received $      78.30 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 12/17/08                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```

```
                         PAGE   2
     CASE NO. 08 B 11837 JOSEPH A NOWAK
```